IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HUNTER'S EDGE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv249-MHT |
| | ) | (WO) |
| PRIMOS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

In this patent-infringement action, the court granted defendant's motion for summary judgment on all claims. This motion is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for attorneys' fees be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

(1) Plaintiff's objections (doc. no. 64) are overruled.

(2) The recommendation of the magistrate judge (doc. no. 62) is adopted.

(3) Defendant's motion for attorney's fees (doc. no. 56) is granted.

(4) This matter is referred back to the United States Magistrate Judge for recommendation on the amount of attorneys' fees, after hearing from the parties on that issue.

DONE, this the 5th day of July, 2017.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**