IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HUNTER'S EDGE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:14cv249-MHT |
| ) | (WO) |
| BUSHNELL HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

**OPINION**

After the court granted summary judgment for defendant in this patent-infringement lawsuit, defendant moved for an order requiring plaintiff to pay defendant's attorneys' fees. The court granted the motion for attorneys' fees, then referred the matter to the United States Magistrate Judge for consideration of and recommendation as to the amount of fees that should be awarded. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff should pay defendant reasonable attorneys' fees in the amount of $ 32,224.00. Also

before the court are both parties' objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the parties' objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 1st day of August, 2019.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**