IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
HUNTER'S EDGE, LLC,           )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       1:14cv249-MHT
                              )            (WO)
BUSHNELL HOLDINGS, INC.,      )
                              )
     Defendant.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' objections (doc. nos. 89 & 90) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 85) is adopted.

(3) Judgment on the matter of attorneys' fees is entered in favor of defendant and against plaintiff.

(4) Plaintiff Hunter's Edge, LLC, shall pay attorneys' fees in the amount of $ 32,224.00 to

defendant Bushnell Holdings, Inc.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 1st day of August, 2019.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE